<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Elizabeth Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for Carrington Mortgage Services, LLC*

</td><td></td></tr>
<tr><td>

In Re:

Khesha A Kelly

                Debtor(s).

</td><td>

Case No.: 26-16272-MBK

Chapter: 13

Judge: Michael B. Kaplan

</td></tr>
</table>

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Carrington Mortgage Services, LLC.  Request is made that the

documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543

DOCUMENTS:

☑   All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑   All documents and pleadings of any nature.

By:*/s/ Elizabeth Holdren*

Dated: June 12, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Elizabeth Holdren, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
*Attorneys for Carrington Mortgage Services, LLC*

| In Re: | Case No.: 26-16272-MBK |
|---|---|
| Khesha A Kelly | Chapter: 13 |
| Debtor(s). | Judge: Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1.  I, Christina S Constanza:

    ☐ represent _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Hill Wallack LLP, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On June 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Christina S Constanza*

Dated: June 12, 2026                    Christina S Constanza

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Khesha A Kelly<br>12 New Street<br>Middlesex, NJ 08846 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Adrian J Johnson<br>Johnson & Associates at Law, PC<br>1 Tower Center Blvd.<br>Suite 1510 PMB 50<br>East Brunswick, NJ 08816 | Debtor's Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.